

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

DEC 1 4 2015

CHRISTOPHER A. PRINE
CLERK

RE: Court of Appeals Number: 14-15-00431-CR
Trial Court Case Number: 1431281

Style: Tatron Jafar Williams
v.
The State of Texas



12/11/15

## Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

_____
Pro se Appellant

_____ Unit, TDCJ # 01899469

Houston , Texas 77002

## Certificate of Service

This is to certify that on _____ (Date), a true and correct copy of the above and foregoing document was served by mail on:

Harris County District Attorney's Office, 1201 Franklin, Suite 600, Houston, TX 77002

_____
Pro se Appellant

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: Tatron Williams

SPN: 01899469    Cell: GM 1

Street: N. San Jacinto

HOUSTON, TEXAS 77002

NORTH HOUSTON TX 773

11 DEC 2015 PM 1 L

Fourteenth Court of Appeals
301 Fannin St, Suite 245,
Houston, Tx 77002